UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRY LEE BAKER,<br><br>        Plaintiff,<br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant. | Case No.: 11-CV-00193-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE PURSUANT TO NOTICE OF SETTLEMENT<br><br>(re: dkt. #20) |

On September 1, 2011, the parties filed a Joint Notice of Settlement, informing the Court that the case has settled. *See* Dkt. #20. The parties anticipate completing the settlement terms and filing a stipulation of dismissal within 30 days. Pursuant to the parties' representations that the case has settled and that they will file a stipulation of dismissal within 30 days, the Court continues the September 14, 2011 case management conference to Wednesday, October 12, 2011 at 2:00 p.m. If, as anticipated, the parties file a stipulation of dismissal, the Court will vacate the October 12, 2011 case management conference. If the parties do not finalize the settlement, the parties must file a case management statement by October 5, 2011. Pending the filing of their stipulated dismissal, the case schedule in the June 1, 2011 Case Management Order, Dkt. #17, remains as set.

**IT IS SO ORDERED.**

Dated: September 1, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-00193-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE