Katherine A. Klimkowski (SBN 263099)
kaklimkowski@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile:  (949) 553-7539

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEE BAKER,<br><br>           Plaintiff,<br><br>      v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>           Defendant. | Case No. CV 11-00193 LHK<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE**<br><br>**ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Terry Baker ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") that Plaintiff's claims against defendant Experian in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each side shall bear his or its own attorneys' fees and costs incurred herein.

IRI-25658v1

| | | |
|---|---|---|
| 1 | Dated: October 11, 2011 | JONES DAY |
| 2 | | |
| 3 | | By: */s/ Katherine A. Klimkowski* |
| | | Katherine A. Klimkowski |
| 4 | | |
| | | Counsel for Defendant |
| 5 | | *EXPERIAN INFORMATION SOLUTIONS, INC.* |
| 6 | | |
| 7 | Dated: October 11, 2011 | MAKLER BAKER LLP |
| 8 | | |
| 9 | | By: */s/ Julianna Robesky Makler* |
| | | Julianna Robesky Makler |
| 10 | | Counsel for Plaintiff |
| 11 | | *TERRY LEE BAKER* |

13  IT IS SO ORDERED.

15  Dated: October 14, 2011

*Lucy H. Koh*

LUCY H. KOH
UNITED STATES DISTRICT JUDGE